FILED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

2017 JUN -6 A 10: 17

ALEXANDRIA DIVISION

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN RE: ) 1:17mc20 LO/JFA
NONJUDICIAL CIVIL FORFEITURE )
PROCEEDING )

**STIPULATION AND ORDER EXTENDING UNITED STATES'
TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR
OBTAIN INDICTMENT ALLEGING FORFEITURE**

It is hereby stipulated by and between the United States of America and claimant Raymond Ho ("claimant"), by and through their respective attorneys, as follows:

1. On March 28, 2017, claimant Raymond Ho filed a claim, in administrative forfeiture proceedings, with United States Customs and Border Protection (CBP) with respect to the following (the "property") seized on February 16, 2017:

   a. 336 Collectible Coins, 1 carved elephant tusk, 1 circuit board (FP&F Case #2017-5401-000136-01);

   b. 1 Apple iPod, 1 Scandisk USB drive 8GB (FP&F Case #2017 5401-000139-01);

   c. 1 Toshiba Laptop, 1 Lenova ThinkPad Laptop, 1 Lenova ThinkPad, 1 Lenova Thinkpad, 1 Apple IPad, 1 Apple IPad, 1 Apple IPad, 1 Western Digital External Storage Device, 1 SP Armor External Hard Drive, 1 Seagate External Hard Drive, 1 Seagate External Storage Device, 1 Gorilla Drive/USB Drive, 1 XPorter Thumb Drive, 1 PNY Thumb Drive, 1 Thumb Drive (No Make), 1 Sandisk Thumb Drive, 1 Mini Disk (No Make), 1 Coma Cell Phone, 1 China Unicom Sim Card, 1 Orange Sim Card (No Make), 1 AT&T Sim Card, 1 Sim Card (No Make) (FP&F Case #2017-5401-000141-01).

2. CBP sent written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under

2

18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Raymond Ho has filed a claim to the property as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be June 26, 2017, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture, in order that the parties may have a reasonable and sufficient period in which to evaluate their respective interests in and positions regarding the property.

5. Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture by June 26, 2017, and any right he may have to seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended from June 26, 2017, to September 25, 2017. Any further extension shall be by agreement of the parties and in writing.

7. Claimant agrees that, until the United States files a complaint for forfeiture against the property and/or obtains an indictment alleging that the property is subject to forfeiture, or

3

September 25, 2017, unless this deadline is later extended, whichever occurs first, the property shall remain in the custody of the United States.

Date: June 5, 2017

Dana J. Boente
United States Attorney

*Karen L. Taylor*
Karen Ledbetter Taylor
Assistant United States Attorney

Date: June 5, 2017

*David Smith*
David B. Smith
Attorney for Claimant

**IT IS SO ORDERED.**

Date: June 6, 2017

_____/s/_____
Liam O'Grady
United States District Judge